

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-22-00243-CR
07-22-00244-CR
07-22-00245-CR
07-22-00246-CR

## EX PARTE PAUL IRWIN

ORIGINAL PROCEEDING ON APPLICATION FOR WRIT OF HABEAS CORPUS

August 31, 2022

## MEMORANDUM OPINION

### Before QUINN, C.J., and PARKER and DOSS, JJ.

Paul Irwin, proceeding pro se, has filed an application for writ of habeas corpus seeking release from pretrial confinement in four pending criminal cases. Intermediate courts of appeals, however, do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (limiting original habeas jurisdiction of intermediate appellate courts to civil cases); *Ex parte Hawkins*, 885 S.W.2d 586, 588–89 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam). That jurisdiction instead rests with the Court of Criminal Appeals, the district courts, and the county courts. *See*

TEX. CODE CRIM. PROC. ANN. art. 11.05, 11.08, 11.09; *Ex parte Hawkins*, 885 S.W.2d at 588.

For these reasons, we dismiss Irwin's application for writ of habeas corpus for want of jurisdiction.

Per Curiam

Do not publish.